ALLEN v. STATE.    (No. 4759.)

(Court of Criminal Appeals of Texas. Dec. 12, 1917.)

Appeal from Lamar County Court; Tom L. Beauchamp, Judge.

O. L. Allen was convicted, and appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of violating the local option law; his punishment being assessed at a fine of $100 and 60 days' imprisonment in the county jail.

The record is before us without statement of facts or bills of exception. There is nothing in the motion for new trial that can be reviewed in the absence of the statement of facts.

The judgment will be affirmed.

---

JONES v. STATE.    (No. 4727.)

(Court of Criminal Appeals of Texas. Nov. 28, 1917.)

Appeal from District Court, Grayson County; M. H. Garnett, Judge.

James Jones was convicted of pursuing the business of selling intoxicating liquors, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. Appellant is charged by sufficient indictment regularly presented with pursuing the business of selling intoxicating liquors where such sale is prohibited by law, and on conviction his punishment was assessed at confinement in the state penitentiary for two years, from which sentence this appeal is prosecuted; and the record comes without bills of exception or statement of facts.

No error having been pointed out, the judgment of the lower court is affirmed.